**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6301**

_____

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 versus

TINA LOUISE PEELE,

 Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., District Judge. (CR-00-119, CA-01-964-2)

_____

Submitted: May 15, 2003          Decided: May 22, 2003

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Tina Louise Peele, Appellant Pro Se. Raymond Edward Patricco, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tina Louise Peele seeks to appeal the district court's order denying relief on her motion under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Peele has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2